BROOKS M. BEARD (CA Bar No. 181271)
Email: bbeard@mofo.com
DAVID E. MELAUGH (CA Bar No. 219477)
Email: dmelaugh@mofo.com
J. RYAN GILFOIL (CA Bar No. 246493)
Email: jgilfoil@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

EDWARD J. CADEN (CA Bar No. 166922)
LAW OFFICE OF EDWARD J. CADEN
8217 Manger Way
Citrus Heights, California 95610-0570
Telephone: (916) 729-3172
Facsimile: (916) 723-2596
Email: ejcaden@surewest.net

Attorneys for Plaintiff SAM BESS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BESS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, OFFICE OF THE INSPECTOR GENERAL, MATTHEW CATE, DAVID SHAW, TIM RIEGER, JAMES TILTON, RODERICK HICKMAN, JEANNE WOODFORD, JOHN DOVEY, SCOTT KERNAN, and MARTIN HOSHINO,<br><br>　　　　　Defendants. | Case No. 2:07-CV-01989-LEW-JFM<br><br>**STIPULATION AND ORDER** |

STIPULATION AND [PROPOSED] ORDER
CASE NO. 2:07-CV-01989-LEW-JFM
sf-2438376

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

Plaintiff filed his First Amended Complaint on November 5, 2007.  Defendants responded on December 6, 2007, moving to dismiss all claims.  The parties subsequently met and conferred regarding the motions to dismiss.  Plaintiff requested the opportunity to file an amended complaint and requested that Defendants withdraw their motions to dismiss in the interim.  Defendants agreed, conditioned on an extension of the Rule 26 conference date until such time as Defendants have had the opportunity to review the amended complaint.  Plaintiff agreed.

The parties therefore stipulate and request the entry of an order as follows:

1.  Plaintiff will file an amended complaint no later than December 31, 2007.

2.  Defendants withdraw their motions to dismiss, without prejudice to renewing such motions after reviewing Plaintiff's amended complaint.  Defendants will file a responsive pleading to the second amended complaint no later than January 22, 2008.

3.  The deadline for the Rule 26(f) report required by the Court's September 24, 2007 Order Requiring Joint Status Report shall be extended to February 29, 2008.

Dated: December 14, 2007

MORRISON & FOERSTER LLP
BROOKS M. BEARD
DAVID E. MELAUGH
J. RYAN GILFOIL

LAW OFFICE OF EDWARD J. CADEN
EDWARD J. CADEN

By:   /s/ Brooks M. Beard
           Brooks M. Beard

Attorneys for Plaintiff SAM BESS

*(signatures continue)*

STIPULATION AND [PROPOSED] ORDER
CASE NO.  2:07-CV-01989-LEW-JFM
sf-2438376

1

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: | ATTORNEY GENERAL OF THE STATE OF CALIFORNIA |
| 2 | | EDMUND G. BROWN, JR. |
| | | JACOB A. APPELSMITH |
| 3 | | ALICIA M.B. FOWLER |
| | | TAMARA L. MORGAN |
| 4 | | |
| 5 | | By: _____ |
| | | Tamara L. Morgan |
| 6 | | |
| 7 | | Attorneys for Defendants CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, JAMES TILTON, |
| 8 | | RODERICK HICKMAN, JEANNE WOODFORD, JOHN DOVEY, SCOTT |
| 9 | | KERNAN, MARTIN HOSHINO |
| 10 | Dated: | OFFICE OF THE INSPECTOR GENERAL |
| | | MATTHEW L. CATE |
| 11 | | BARBARA L. SHELDON |
| 12 | | |
| 13 | | By: _____ |
| | | Barbara L. Sheldon |
| 14 | | Attorneys for Defendants OFFICE OF THE |
| 15 | | INSPECTOR GENERAL, MATTHEW CATE, DAVID SHAW, TIM RIEGER |
| 16 | | |
| 17 | | **ORDER** |
| 18 | **IT IS SO ORDERED.** | |
| 19 | | |
| 20 | Dated: December 14, 2007 | |
| 21 | | /s/ Ronald S. W. Lew_____ |
| 22 | | Honorable Ronald S.W. Lew |
| | | United States District Court Judge |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER
CASE NO. 2:07-CV-01989-LEW-JFM
sf-2438376

2

PDF created with pdfFactory trial version www.pdffactory.com