1  BROOKS M. BEARD (CA Bar No. 181271)
   Email: bbeard@mofo.com
2  DAVID E. MELAUGH (CA Bar No. 219477)
   Email: dmelaugh@mofo.com
3  J. RYAN GILFOIL (CA Bar No. 246493)
   Email: jgilfoil@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  EDWARD J. CADEN (CA Bar No. 166922)
   Email: ejcaden@surewest.net
8  LAW OFFICE OF EDWARD J. CADEN
   8217 Manger Way
9  Citrus Heights, California 95610-0570
   Telephone: (916) 729-3172
10 Facsimile: (916) 723-2596

11 Attorneys for Plaintiff SAM BESS

13                 UNITED STATES DISTRICT COURT

14                 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BESS,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW CATE, DAVID SHAW, JAMES TILTON, RODERICK HICKMAN, JEANNE WOODFORD, JOHN DOVEY, SCOTT KERNAN, and MARTIN HOSHINO,<br><br>Defendants. | Case No. 2:07-CV-01989-JAM-JFM<br><br>**STIPULATION AND ORDER AMENDING SCHEDULING ORDER**<br><br>Judge: Hon. John A. Mendez |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Plaintiff Sam Bess ("Plaintiff") and Defendants Matthew Cate, David Shaw, Roderick Hickman, Jeanne Woodford, John Dovey, Scott Kernan, and Martin Hoshino (together, "Defendants") hereby stipulate as follows:

1.     This case was originally assigned to the Honorable Ronald Lew.

STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER                    1
No. 2:07-CV-01989-JAM-JFM
sf-2513084

PDF created with pdfFactory trial version www.pdffactory.com

2. During the April 24, 2008 status conference, at Plaintiff's request, Judge Lew granted Plaintiff leave to amend his complaint to join additional plaintiffs and/or defendants within 90 days of that date, or July 23, 2008.

3. On May 1, 2008, this case was re-assigned to the Honorable John A. Mendez.

4. Contrary to Judge Lew's order, Judge Mendez's May 7, 2008 Status (Pre-trial Scheduling) Order states that "[n]o further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown."

5. The parties respectfully request that the Status (Pre-trial Scheduling) Order be amended to replace the above-quoted text with the following:

> Prior to July 23, 2008, the parties may join additional parties and amend their pleadings without leave of Court. After July 23, 2008, no further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown.

Dated: May 12, 2008         MORRISON & FOERSTER LLP
                            BROOKS M. BEARD
                            DAVID E. MELAUGH
                            J. RYAN GILFOIL

                            By:    /s/ Brooks M. Beard
                                       Brooks M. Beard

                            EDWARD J. CADEN
                            LAW OFFICE OF EDWARD J. CADEN

                            Attorneys for Plaintiff SAM BESS

STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER
No. 2:07-CV-01989-JAM-JFM
sf-2513084

2

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | |
| | Dated:                                EDMUND G. BROWN JR. |

1
Dated:                               EDMUND G. BROWN JR.
2                                    Attorney General of the State of California
                                     JACOB A. APPELSMITH
3                                    Senior Assistant Attorney General
                                     ALICIA M. B. FOWLER
4                                    Supervising Deputy Attorney General
                                     SCOTT H. WYCKOFF
5                                    Deputy Attorney General

6
                          By:   /s/ Scott H. Wyckoff (as authorized on 5/12/08)
7                                    Scott H. Wyckoff

8                                    Attorneys for Defendants RODERICK HICKMAN,
                                     JEANNE WOODFORD, JOHN DOVEY, SCOTT
9                                    KERNAN, and MARTIN HOSHINO

10
     Dated:                          RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
11                                   GEOFFREY A. BEATY

12
                          By:   (signature page filed as an attachment)
13                                   Geoffrey A. Beaty

14                                   Attorney for Defendants MATTHEW CATE and DAVID
                                     SHAW
15

16

17          **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

18

19   Dated:  May 13, 2008

20
                                          /s/ John A. Mendez
21                                        HON. JOHN A. MENDEZ
                                          UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER      3
No. 2:07-CV-01989-JAM-JFM
sf-2513084

PDF created with pdfFactory trial version www.pdffactory.com