1  BROOKS M. BEARD (CA Bar No. 181271)
   Email: bbeard@mofo.com
2  DAVID E. MELAUGH (CA Bar No. 219477)
   Email: dmelaugh@mofo.com
3  J. RYAN GILFOIL (CA Bar No. 246493)
   Email: jgilfoil@mofo.com
4  SARA MAHDAVI (CA Bar No. 245791)
   Email: smahdavi@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
7  Facsimile: (415) 268-7522

8  EDWARD J. CADEN (CA Bar No. 166922)
   Email: ejcaden@surewest.net
9  LAW OFFICE OF EDWARD J. CADEN
   8217 Manger Way
10 Citrus Heights, California 95610-0570
   Telephone: (916) 729-3172
11 Facsimile: (916) 723-2596

12 Attorneys for Plaintiff SAM BESS

13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  SAM BESS, RYAN COUCH, KENNETH JIMENEZ, and BARNABE TORRES,<br><br>18<br>             Plaintiff,<br>19<br>    v.<br>20<br>MATTHEW CATE, DAVID SHAW, JAMES<br>21  TILTON, RODERICK HICKMAN, JEANNE WOODFORD, JOHN DOVEY, SCOTT<br>22  KERNAN, MARTIN HOSHINO, TOMMY WAN, KIMBERLI BONCORE, and RALPH<br>23  DIAZ<br><br>24             Defendants. | Case No. 2:07-CV-01989-JAM-JFM<br><br>**STIPULATION AND ORDER REGARDING DEPOSITION OF PLAINTIFF SAM BESS**<br><br>Judge: Hon. John A. Mendez |

25

26
            Pursuant to Rule 30(d) of the Federal Rules of Civil Procedure, Plaintiff Sam Bess
27
    ("Plaintiff Bess") and Defendants Matthew Cate, David Shaw, Roderick Hickman, Jeanne
28

STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION OF PL. SAM BESS      1
No. 2:07-CV-01989-JAM-JFM
sf-2532450

PDF created with pdfFactory trial version www.pdffactory.com

1  Woodford, John Dovey, Scott Kernan, Martin Hoshino, Tommy Wan, Kimberli Boncore, and

2  Ralph Diaz (together, "Defendants"), collectively referred to as the "Parties," hereby stipulate as

3  follows:

4        1.    Defendants believe that, due to the number of allegations and documents

5  referenced in the complaint, the "1 day of 7 hours" limitation imposed by Rule 30(d) will provide

6  insufficient time to take the deposition of Plaintiff Bess.

7        2.    The Parties therefore stipulate that Plaintiff Bess's deposition will take place over

8  three consecutive seven-hour days from December 17 through December 19, 2008 (or a mutually

9  agreeable, alternative, and consecutive three-day period).

10       3.    The Parties further stipulate that Defendants shall collectively complete Plaintiff

11 Bess's deposition on those dates, with no further deposition of Plaintiff Bess and no reservation

12 of rights to re-open the deposition by any of the Defendants for any reason, except for good cause

13 shown, and with leave of Court pursuant to Rule 30(d)(1).

14       4.    The Parties also stipulate that Plaintiff Bess's deposition will take place in

15 downtown Sacramento.

16

17 Dated: September 15, 2008     MORRISON & FOERSTER LLP
                                 BROOKS M. BEARD
                                 DAVID E. MELAUGH
18                               J. RYAN GILFOIL
                                 SARA MAHDAVI
19

20                               By:   /s/ Brooks M. Beard
                                       Brooks M. Beard
21

22                               EDWARD J. CADEN
                                 LAW OFFICE OF EDWARD J. CADEN
23
                                 Attorneys for Plaintiffs SAM BESS, RYAN COUCH,
                                 KENNETH JIMENEZ, and BARNABE TORRES
24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION OF PL. SAM BESS        2
No. 2:07-CV-01989-JAM-JFM
sf-2532450

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | |
| 2 | EDMUND G. BROWN JR.<br>Attorney General of the State of California |
| 3 | JACOB A. APPELSMITH<br>Senior Assistant Attorney General |
| 4 | ALICIA M. B. FOWLER<br>Supervising Deputy Attorney General |
| 5 | SCOTT H. WYCKOFF<br>Deputy Attorney General |

By:   /s/ Scott H. Wyckoff (as authorized on 9/12/08)
            Scott H. Wyckoff

Attorneys for Defendants RODERICK HICKMAN, JEANNE WOODFORD, JOHN DOVEY, SCOTT KERNAN, MARTIN HOSHINO, TOMMY WAN, KIMBERLI BONCORE, and RALPH DIAZ

RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
GEOFFREY A. BEATY
R. MANUEL FORTES

By:   /s/ R. Manuel Fortes (as authorized on 9/11/08)
            R. Manual Fortes

Attorney for Defendants MATTHEW CATE and DAVID SHAW

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  September 15, 2008

/s/ John A. Mendez

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com