1   BROOKS M. BEARD (CA Bar No. 181271)
    Email:  bbeard@mofo.com
2   DAVID E. MELAUGH (CA Bar No. 219477)
    Email: dmelaugh@mofo.com
3   J. RYAN GILFOIL (CA Bar No. 246493)
    Email: jgilfoil@mofo.com
4   SARA MAHDAVI (CA Bar No. 245791)
    Email: smahdavi@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
7   Facsimile:   (415) 268-7522

8   EDWARD J. CADEN (CA Bar No. 166922)
    LAW OFFICE OF EDWARD J. CADEN
9   8217 Manger Way
    Citrus Heights, California  95610-0570
10  Telephone:  (916) 729-3172
    Facsimile:   (916) 723-2596
11  Email:  ejcaden@surewest.net

12  Attorneys for Plaintiffs RYAN COUCH, KENNETH
    JIMENEZ, and BARNABE TORRES
13

14                      UNITED STATES DISTRICT COURT

15                      EASTERN DISTRICT OF CALIFORNIA

16

| 17 | RYAN COUCH, KENNETH JIMENEZ, and BARNABE TORRES, | Case No. 1:08-CV-01621-LJO-DLB |
|----|---|---|
| 18 | Plaintiffs, | **STIPULATION AND PROPOSED ORDER ALLOWING PLAINTIFFS TO FILE AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |
| 19 | v. | |
| 20 | TOMMY WAN, KIMBERLI BONCORE, and RALPH DIAZ, | |
| 21 | | |
| 22 | Defendants. | |
| 23 | | Judge: Hon. Lawrence J. O'Neill |

24
        Plaintiffs Ryan Couch, Kenneth Jimenez, and Barnabe Torres ("Plaintiffs") and
25
   Defendants Tommy Wan, Kimberli Boncore, and Ralph Diaz ("Defendants"), collectively
26
   referred to as the "Parties," hereby stipulate as follows:
27

28

1. Plaintiffs' allegations against Defendants were severed from *Bess et al. v. Cate et al.*, No. 2:07-CV-01989-JAM-JFM (the "Sacramento Action"), pending in the Sacramento division, and transferred to this Court.

2. Because of the severance, the transferred complaint, among other things, contains factual allegations that relate to the Sacramento Action, but not this action.

3. To preserve party and judicial time and resources, the Parties desire to have Plaintiffs file an amended complaint before Defendants proceed with a motion to dismiss.

4. Furthermore, the Parties propose the following schedule for filing Plaintiffs' amended complaint, briefing on Defendants' motion to dismiss, and a hearing on Defendants' motion to dismiss:

- Plaintiffs' amended complaint filed by Wednesday, November 12, 2008;
- Defendants' motion to dismiss filed by Wednesday, November 26, 2008;
- Plaintiffs' opposition filed by Wednesday, December 10, 2008;
- Defendants' reply filed by Wednesday, December 17, 2008; and
- Hearing on Defendants' motion set for Monday, January 5, 2009 or as soon thereafter as possible.

5. The Parties respectfully request that the Court enter this stipulation as an order.

| | | |
|---|---|---|
| 1 | Dated: November 7, 2008 | MORRISON & FOERSTER LLP |
| | | BROOKS M. BEARD |
| 2 | | DAVID E. MELAUGH |
| | | J. RYAN GILFOIL |
| 3 | | SARA MAHDAVI |

By:   /s/ Brooks M. Beard
                Brooks M. Beard

LAW OFFICE OF EDWARD J. CADEN
EDWARD J. CADEN

Attorneys for Plaintiffs RYAN COUCH, KENNETH JIMENEZ, and BARNABE TORRES

EDMUND G. BROWN JR.
Attorney General of the State of California
JACOB A. APPELSMITH
Senior Assistant Attorney General
ALICIA M. B. FOWLER
Supervising Deputy Attorney General
SCOTT H. WYCKOFF
Deputy Attorney General

By: /s/ Scott H. Wyckoff (as authorized on November 7, 2008)
                Scott H. Wyckoff

Attorneys for Defendants TOMMY WAN, KIMBERLI BONCORE, and RALPH DIAZ

**ORDER:**

Based on the Parties' stipulation and for good cause shown, the following schedule will apply for filing Plaintiffs' amended complaint, briefing on Defendants' motion to dismiss, and a hearing on Defendants' motion to dismiss:

- Plaintiffs' amended complaint filed by Wednesday, November 12, 2008;
- Defendants' motion to dismiss filed by Wednesday, November 26, 2008;
- Plaintiffs' opposition filed by Wednesday, December 10, 2008;
- Defendants' reply filed by Wednesday, December 17, 2008; and
- Hearing on Defendants' motion set for Monday, January 5, 2009 or as soon thereafter as possible.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 15 November 2008

\_\_\_/s/ *Dennis L. Beck*_____
HON. DENNNIS L. BECK
UNITED STATES MAGISTRATE JUDGE