1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | ALICIA M. B. FOWLER
Senior Assistant Attorney General
3 | BARBARA J. SEIDMAN
Supervising Deputy Attorney General
4 | SCOTT H. WYCKOFF, State Bar No. 191367
Supervising Deputy Attorney General
5 | KRISTIN M. DAILY, State Bar No. 186103
Deputy Attorney General
6 |   1300 I Street, Suite 125
  P.O. Box 944255
7 |   Sacramento, CA 94244-2550
  Telephone: (916) 445-6989
8 |   Fax: (916) 324-5567

9 | Attorneys for Defendants Jeanne Woodford, John
Dovey, Scott Kernan, Martin Hoshino, Tommy Wan,
10 | Kimberli Boncore, and Ralph Diaz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RYAN COUCH, KENNETH JIMENEZ, and BARNABE TORRES,**<br><br>Plaintiffs,<br><br>v.<br><br>**MATTHEW CATE, DAVID SHAW, JEANNE WOODFORD, JOHN DOVEY, SCOTT KERNAN, MARTIN HOSHINO, TOMMY WAN, KIMBERLI BONCORE, RALPH DIAZ, KENNETH CLARK, KATHY ALLISON, AND JACK HUTCHINS**<br><br>Defendants. | Case No. 1:08-CV-1621-LJO-DLB<br><br>**STIPULATION AND ORDER RE: FILING DATE FOR DEFENDANT'S MOTION TO DISMISS** |

Plaintiffs Ryan Couch, Kenneth Jimenez, and Barnabe Torres ("Plaintiffs"), Defendants Tommy Wan, Kimberli Boncore, Ralph Diaz, Jeanne Woodford, John Dovey, Scott Kernan, and Martin Hoshino (CDCR Defendants), and Defendants Matthew Cate and Dave Shaw (OIG Defendants), collectively referred to as "Parties" unless otherwise specifically referred to, hereby stipulate as follows:

Stipulation and [Proposed] Order Re: Filing Date for Defendants' Motions to Dismiss
1

1. On or about November 7, 2008, Plaintiffs and Defendants Wan, Boncore, and Diaz filed with this Court a Stipulation and Proposed Order relating to the filing of an amended complaint and setting a briefing schedule.

2. Under the terms of that stipulation, on November 12, Plaintiffs filed an amended complaint adding several defendants who were not parties to the stipulation.  The amended complaint added Defendants Woodford, Dovey, Kernan and Hoshino, as well as, the OIG Defendants.  These individuals were named-Defendants in the lawsuit from which this case was severed.  In addition, the Plaintiffs added as Defendants Kenneth Clark, Kathy Allison, and Jack Hutchins, who must be personally served.

3. On November 15, the Court approved the above-referenced stipulation and under the stipulation's terms, Defendants Wan, Boncore and Diaz must file a motion to dismiss no later than November 26.

4. To preserve party and judicial resources, the Parties desire to have the Plaintiffs effect service on Defendants Clark, Allison, and Hutchins, before the CDCR Defendants and OIG Defendants proceed with a motion to dismiss.

5. The Parties therefore propose that any Defendant's motion to dismiss shall be filed no later than 20 days after the last date on which service has been effected either Defendant Clark, Allison, or Hutchins.

6. The Parties respectfully request that the Court enter this stipulation as an order and that this order supercede the order of November 15, 2008.

IT IS SO STIPULATED AND AGREED:

Dated: November 26, 2008

    MORRISON & FOERSTER LLP
    BROOKS M. BEARD
    DAVID E. MELAUGH
    J. RYAN GILFOIL
    SARA MAHDAVI

    By:   /s/ Brooks M. Beard
    Brooks M. Beard

    Attorney for Plaintiffs

|   |   |
|---|---|
| 1 |  |
| 2 | LAW OFFICE OF EDWARD J. CADEN<br>EDWARD J. CADEN |
| 3 | Attorneys for Plaintiffs RYAN COUCH, KENNETH JIMENEZ, and BARNABE TORRES |
| 4 |  |
| 5 | EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>ALICIA M. B. FOWLER |
| 6 | Senior Assistant Attorney General<br>SCOTT H. WYCKOFF |
| 7 | Supervising Deputy Attorney General<br>KRISTIN M. DAILY |
| 8 | Deputy Attorney General |

By:   /s/   Scott H. Wyckoff
Scott H. Wyckoff

Attorneys for CDCR Defendants

RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
GEOFFREY A. BEATY
R. MANUEL FORTES

By:
R. Manuel Fortes
**(SIGNATURE ANTICIPATED)**

Attorney for OIG Defendants

IT IS SO ORDERED.

**Dated:   December 2, 2008**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE