BROOKS M. BEARD (CA Bar No. 181271)
Email:  bbeard@mofo.com
DAVID E. MELAUGH (CA Bar No. 219477)
Email: dmelaugh@mofo.com
J. RYAN GILFOIL (CA Bar No. 246493)
Email: jgilfoil@mofo.com
SARA MAHDAVI (CA Bar No. 245791)
Email: smahdavi@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522

EDWARD J. CADEN (CA Bar No. 166922)
LAW OFFICE OF EDWARD J. CADEN
8217 Manger Way
Citrus Heights, California  95610-0570
Telephone:  (916) 729-3172
Facsimile:   (916) 723-2596
Email:  ejcaden@surewest.net

Attorneys for Plaintiffs RYAN COUCH, KENNETH JIMENEZ, and BARNABE TORRES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COUCH, KENNETH JIMENEZ, and BARNABE TORRES,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW CATE, DAVID SHAW, JEANNE WOODFORD, JOHN DOVEY, SCOTT KERNAN, MARTIN HOSHINO, TOMMY WAN, KIMBERLI BONCORE, RALPH DIAZ, KENNETH CLARK, KATHY ALLISON, and JACK HUTCHINS,<br><br>Defendants. | Case No. 1:08-CV-01621-LJO-DLB<br><br>**STIPULATION AND ORDER POSTPONING MANDATORY SCHEDULING CONFERENCE**<br><br>Judge: Hon. Lawrence J. O'Neill |

Plaintiffs Ryan Couch, Kenneth Jimenez, and Barnabe Torres ("Plaintiffs") and Defendant Tommy Wan ("Defendant"), collectively referred to as the "Parties," respectfully request that the Court postpone the Mandatory Scheduling Conference and the deadline for Defendant's answer:

1. Pursuant to Judge O'Neill's November 6, 2008 Minute Order, the Mandatory Scheduling Conference is presently scheduled for February 17, 2009;

2. On February 6, 2009, the Court issued its Order on Defendants' Federal Rule of Civil Procedure 12(b)(6) Motions to Dismiss ("Order on the Motions to Dismiss");

3. Plaintiffs are evaluating the Order on the Motions to Dismiss, are weighing their options in light of the Order, and are re-drafting the Case Management Conference Statement;

4. It would not be an effective use of the Court's and the Parties' time to proceed with the Mandatory Scheduling Conference as presently scheduled;

5. The Parties agree that the Mandatory Scheduling Conference should be postponed to March 11, 2009 or the next date thereafter that is convenient for the Court; and

6. The Parties agree that Defendant shall have 30 days from the date of this order to file his answer in response to the First Amended Complaint.

Dated: February 9, 2009    MORRISON & FOERSTER LLP
                           BROOKS M. BEARD
                           DAVID E. MELAUGH
                           J. RYAN GILFOIL
                           SARA MAHDAVI

                           By:    /s/ Brooks M. Beard
                                      Brooks M. Beard

                           LAW OFFICE OF EDWARD J. CADEN
                           EDWARD J. CADEN

                           Attorneys for Plaintiffs RYAN COUCH, KENNETH JIMENEZ, and BARNABE TORRES

*(signatures continue)*

| | |
|---|---|
| 1 | EDMUND G. BROWN JR. |
| | Attorney General of the State of California |
| 2 | JACOB A. APPELSMITH |
| | Senior Assistant Attorney General |
| 3 | ALICIA M. B. FOWLER |
| | Supervising Deputy Attorney General |
| 4 | SCOTT H. WYCKOFF |
| | Deputy Attorney General |
| 5 | |
| 6 | By: /s/ Scott H. Wyckoff (as authorized on February 9, 2009) |
| | Scott H. Wyckoff |
| 7 | |
| 8 | Attorneys for Defendants JEANNE WOODFORD, JOHN DOVEY, SCOTT KERNAN, MARTIN HOSHINO, TOMMY WAN, KIMBERLI BONCORE, RALPH DIAZ, KENNETH CLARK, KATHY ALLISON, and JACK HUTCHINS |
| 9 | |
| 10 | RANKIN, SPROAT, MIRES, BEATY & REYNOLDS |
| | GEOFFREY A. BEATY |
| 11 | R. MANUEL FORTES |
| 12 | |
| 13 | By: /s/ R. Manuel Fortes (as authorized on February 9, 2009) |
| | R. Manuel Fortes |
| 14 | Attorneys for Defendants MATTHEW CATE and DAVID SHAW |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION POSTPONING MANDATORY SCHEDULING CONFERENCE  3
CASE NO. 1:08-CV-01621-LJO-DLB
sf-2641302

**ORDER**

The Mandatory Scheduling Conference is rescheduled for March 11, 2009, at 9:00am. Defendant shall have 30 days from the date of this order to file his answer in response to the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: 13 February 2009

_____/s/ Dennis L. Beck_____

HON. DENNIS L. BECK
UNITED STATES DISTRICT JUDGE