1  BROOKS M. BEARD (CA Bar No. 181271)
   Email:  bbeard@mofo.com
2  DAVID E. MELAUGH (CA Bar No. 219477)
   Email: dmelaugh@mofo.com
3  J. RYAN GILFOIL (CA Bar No. 246493)
   Email: jgilfoil@mofo.com
4  SARA MAHDAVI (CA Bar No. 245791)
   Email: smahdavi@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
7  Facsimile:   (415) 268-7522

8  EDWARD J. CADEN (CA Bar No. 166922)
   LAW OFFICE OF EDWARD J. CADEN
9  8217 Manger Way
   Citrus Heights, California  95610-0570
10 Telephone:  (916) 729-3172
   Facsimile:   (916) 723-2596
11 Email:  ejcaden@surewest.net

12 Attorneys for Plaintiffs RYAN COUCH, KENNETH
   JIMENEZ, and BARNABE TORRES

13

14               UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

16

17 RYAN COUCH, KENNETH JIMENEZ, and      Case No. 1:08-CV-01621-LJO-DLB
   BARNABE TORRES,
18                                        **STIPULATION AND ORDER**
                    Plaintiffs,           **DIRECTING ENTRY OF FINAL**
19                                        **JUDGMENT AS TO DISMISSED**
          v.                              **CLAIMS, STAYING REMAINING**
20                                        **CLAIMS**
   MATTHEW CATE, DAVID SHAW, JEANNE
21 WOODFORD, JOHN DOVEY, SCOTT
   KERNAN, MARTIN HOSHINO, TOMMY          Judge: Hon. Lawrence J. O'Neill
22 WAN, KIMBERLI BONCORE, RALPH DIAZ,
   KENNETH CLARK, KATHY ALLISON, and
23 JACK HUTCHINS,

24                    Defendants.

25

26      Plaintiffs Ryan Couch, Kenneth Jimenez, and Barnabe Torres ("Plaintiffs") and

27 Defendants  Matthew Cate, David Shaw, Jeanne Woodford, John Dovey, Scott Kernan, Martin

28 Hoshino, Tommy Wan, Kimberli Boncore, Ralph Diaz, Kenneth Clark, Kathy Allison, and Jack

1  Hutchins ("Defendants"), collectively referred to as the "Parties," respectfully request that the

2  Court enter final judgment as to the recently dismissed claims and stay the remaining claim:

3     1.     On December 31, 2008, Defendants moved to dismiss all claims pending against

4  them, except for the first cause of action asserted against Defendant Tommy Wan ("Remaining

5  Wan Claim");

6     2.     On February 6, 2009, the Court issued its Order on Defendants' motions to dismiss

7  ("Order");

8     3.     The Order dismissed with prejudice all claims pending against all Defendants,

9  except for the Remaining Wan Claim, and directed entry of judgment against Plaintiffs on such

10  claims;

11     4.     On February 6, 2009, the clerk entered judgment against Plaintiffs on all claims

12  pending against all Defendants, except for the Remaining Wan Claim;

13     5.     Plaintiffs intend to appeal the Order and the entry of judgment against them;

14     6.     The Parties agree that there is no just reason to delay Plaintiffs' appeal of the

15  Order and that therefore entry of a partial final judgment under Federal Rule of Civil

16  Procedure 54(b) is appropriate;

17     7.     The Parties agree that, pending the appeal, the Remaining Wan Claim should be

18  stayed;

19     8.     The Parties agree that immediate resolution of Plaintiffs' appeal coupled with a

20  stay of the Remaining Wan Claim will benefit the Parties and the Court by conserving judicial

21  and party resources;

22     9.     Because the Parties agree that the Remaining Wan Claim should be stayed pending

23  appeal, entry of a partial final judgment under Federal Rule of Civil Procedure 54(b) does not

24  present a risk of piecemeal appeals or the possibility that the appeal will be mooted by subsequent

25  developments in the district court;

26     10.     The Parties agree to meet and confer to determine the appropriate manner in which

27  to lift the stay upon resolution of the appeal, and further agree that any defendant required to

28

STIPULATION AND PROPOSED ORDER DIRECTING ENTRY OF FINAL JUDGMENT                    2
CASE NO. 1:08-CV-01621-LJO-DLB
sf-2650820

1    answer in response to the First Amended Complaint after the resolution of the appeal shall have at

2    least 30 days from the lift of the stay in which to do so.

3    Dated: March 4, 2009      MORRISON & FOERSTER LLP
                                     BROOKS M. BEARD

4                                        DAVID E. MELAUGH
                                       J. RYAN GILFOIL

5                                        SARA MAHDAVI

6

                                       By:    /s/ Brooks M. Beard

7                                                   Brooks M. Beard

8                                        LAW OFFICE OF EDWARD J. CADEN
                                       EDWARD J. CADEN

9

                                       Attorneys for Plaintiffs RYAN COUCH, KENNETH

10                                        JIMENEZ, and BARNABE TORRES

11

12                                        EDMUND G. BROWN JR.
                                       Attorney General of the State of California
                                       JACOB A. APPELSMITH

13                                        Senior Assistant Attorney General
                                       ALICIA M. B. FOWLER

14                                        Supervising Deputy Attorney General
                                       SCOTT H. WYCKOFF

15                                        Deputy Attorney General

16

                                       By: /s/ Scott H. Wyckoff (as authorized on March 4, 2009)

17                                                  Scott H. Wyckoff

18                                        Attorneys for Defendants JEANNE WOODFORD, JOHN
                                       DOVEY, SCOTT KERNAN, MARTIN HOSHINO, TOMMY

19                                        WAN, KIMBERLI BONCORE, RALPH DIAZ, KENNETH
                                       CLARK, KATHY ALLISON, and JACK HUTCHINS

20

                                       RANKIN, SPROAT, MIRES, BEATY & REYNOLDS

21                                        GEOFFREY A. BEATY
                                       R. MANUEL FORTES

22

23                                        By: /s/ R. Manuel Fortes (as authorized on March 4, 2009)

24                                                  R. Manuel Fortes

                                       Attorneys for Defendants MATTHEW CATE and DAVID

25                                        SHAW

26

27

28

1          **ORDER**

2          Plaintiffs have requested the entry of a partial final judgment concerning the claims

3    dismissed by the Court's February 6, 2009 Order.  The Court finds that there is no just reason to

4    delay entry of final judgment and therefore directs the clerk to enter final judgment as to all

5    claims asserted against Defendants Matthew Cate, David Shaw, Jeanne Woodford, John Dovey,

6    Scott Kernan, Martin Hoshino, Kimberli Boncore, Ralph Diaz, Kenneth Clark, Kathy Allison,

7    and Jack Hutchins.  The Court further directs the clerk to enter final judgment as to Plaintiffs'

8    second and third causes of action against Defendant Tommy Wan.  The Court certifies these

9    dismissed claims for immediate appeal pursuant to Federal Rule of Civil Procedure 54(b).  After a

10   review of this matter, the Court adopts the reasoning conveyed in the Parties' stipulation in

11   support of such certification.

12         The only remaining claim—the first cause of action pending against Defendant Tommy

13   Wan—is stayed pending resolution of Plaintiffs' appeal.

14         **IT IS SO ORDERED.**

15

16         Dated:_March 5, 2009                        _/s/ Lawrence J. O'Neill_____

17                                                      HON. LAWRENCE J. O'NEILL
18                                                      UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28