# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYAN COUCH, et al., | ) | 1:08cv1621 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING FILING DATES AND SCHEDULING CONFERENCE |
| v. | ) | Scheduling Conference |
| MATTHEW CATE, et al., | ) | September 30, 2010 at 9:00 a.m. |
| | ) | Courtroom 9 |
| Defendants. | ) | |

On May 14, 2010, this action was remanded for leave to amend by the Ninth Circuit Court of Appeals.

Accordingly, an amended complaint SHALL be filed by Plaintiffs within thirty (30) days of the date of service of this order. The amended complaint shall comply with the Ninth Circuit's May 14, 2010, order.

Within twenty (20) days of service of the amended complaint, Defendants SHALL file their responsive pleading.

A scheduling conference SHALL be held September 30, 2010 at 9:00 a.m. before the undersigned in Courtroom 9. The parties are Ordered to prepare and file a Joint Scheduling Conference Statement no later than five days prior to the conference.

IT IS SO ORDERED.

Dated: **June 7, 2010**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE