BROOKS M. BEARD (CA Bar No. 181271)
Email: bbeard@mofo.com
DANIEL A. ZLATNIK (CA Bar No. 259690)
Email: dzlatnik@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

EDWARD J. CADEN (CA Bar No. 166922)
Email: ejcaden@surewest.net
LAW OFFICE OF EDWARD J. CADEN
8217 Manger Way
Citrus Heights, California 95610-0570
Telephone: (916) 729-3172
Facsimile: (916) 723-2596

Attorneys for Plaintiffs RYAN COUCH and KENNETH JIMENEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COUCH and KENNETH JIMENEZ,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TOMMY WAN, KIMBERLI BONCORE, and RALPH DIAZ,<br><br>　　　　Defendants. | Case No. 1:08-cv-01621-LJO-DLB<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL OPPOSITION TO CDCR'S MOTION TO MODIFY PORTION OF PLAINTIFFS' SUBPOENAS AND SUPPORTING DOCUMENTS**<br><br>Hearing: June 17, 2011<br>Time: 9:00 a.m.<br>Dept: 9<br>Judge: Dennis L. Beck |

sf-3003040

1

2  It is hereby ordered that Plaintiffs' Request to Seal Opposition to CDCR's Motion to

3 Modify Portion of Plaintiffs' Subpoenas and Supporting Documents is GRANTED.

4

5 IT IS SO ORDERED.

6  Dated:  **June 7, 2011**  /s/ Dennis L. Beck

7  UNITED STATES MAGISTRATE JUDGE