# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYAN COUCH, et al., | ) | 1:08cv1621 LJO DLB |
| | ) | |
| | ) | ORDER GRANTING REQUEST TO SEAL |
| Plaintiff, | ) | (Document 164) |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW CATE, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On August 26, 2011, Plaintiffs Ryan Couch and Kenneth Jimenez ("Plaintiffs") filed a request to seal documents in support of a motion to compel.

On August 30, 2011, the Court denied the request without prejudice. In so doing, the Court explained that Plaintiffs' request to seal entire documents did not comply with Local Rule 141. The Court directed Plaintiffs to identify specific portions of their briefing, declarations or exhibits that should be sealed.

Thereafter, Plaintiffs renewed their request to seal documents in compliance with Local Rule 141. Specifically, Plaintiffs seek leave to file under seal the following documents:

1. Pages 8-10 and 18-23 of the Notice of Motion and Motion; Memorandum in Support of Motion to Compel California Department of Corrections and Rehabilitation to Comply With Subpoenas.

2. Pages 1 and 2 of the Declaration of Ryan Couch in Support of Plaintiffs' Motion to Compel.

3. Pages 1-3 of the Declaration of Kenneth Jimenez in Support of Plaintiffs' Motion to Compel.

4. Exhibits 7, 8, 11-20, and 22-23 to the Declaration of Daniel A. Zlatnik in Support of Plaintiffs' Motion to Compel.

Plaintiffs' request to seal is HEREBY GRANTED.  Consistent with this Order, Plaintiffs shall file **redacted** copies of (1) the Notice of Motion and Motion; Memorandum in Support of Motion to Compel California Department of Corrections and Rehabilitation to Comply With Subpoenas; (2) the Declaration of Ryan Couch in Support of Plaintiffs' Motion to Compel; and (3) the Declaration of Kenneth Jimenez in Support of Plaintiffs' Motion to Compel.

Plaintiffs also shall file the Declaration of Daniel A. Zlatnik in Support of Plaintiffs' Motion to Compel **with redaction** of Exhibits 7, 8, 11-20 and 22-23.  **These exhibits shall be filed separately under SEAL by the Clerk of the Court.**

IT IS SO ORDERED.

Dated: **September 1, 2011**         /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE