# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYAN COUCH, et al., | ) | 1:08cv01621 LJO DLB |
| | ) | |
| | ) | ORDER GRANTING PLAINTIFFS' EX PARTE |
| | ) | APPLICATION TO SHORTEN TIME |
| Plaintiffs, | ) | (Document 165) |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW CATE, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

      Plaintiffs Ryan Couch and Kenneth Jimenez filed an *ex parte* application to shorten time for hearing on their Motion to Compel California Department of Corrections and Rehabilitation ("CDCR") to Comply with Subpoenas. *See* Local Rule 144(e). The motion is set for hearing on September 27, 2011. Plaintiffs request that the motion to compel be heard along with three other discovery-related motions that are scheduled for hearing on September 23, 2011.

      Plaintiffs contend that the parties will not suffer prejudice if the motion is heard on September 23, 2011. Plaintiffs explain that they served the motion papers on CDCR on August 26, 2011, and noticed the hearing for September 23, 2011. However, the Court initially denied Plaintiffs' request to file their moving papers under seal. Plaintiffs resubmitted their papers and their request to seal, noticing the hearing for September 27, 2011. On September 1, 2011, the Court granted Plaintiffs' renewed request to seal and the moving papers were filed.

      In the interests of judicial economy, and finding no prejudice in shortening time, Plaintiffs' *ex parte* request is GRANTED. The hearing on Plaintiffs' Motion to Compel

California Department of Corrections and Rehabilitation ("CDCR") to Comply with Subpoenas shall be heard on September 23, 2011, at 9:00 a.m. before the undersigned.

IT IS SO ORDERED.

Dated: **September 8, 2011**         **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE