# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYAN COUCH, et al., | ) | 1:08cv1621 LJO DLB |
| | ) | |
| Plaintiffs, | ) | ORDER GRANTING REQUEST TO SEAL |
| | ) | PLAINTIFFS' OPPOSITION TO CALIFORNIA |
| v. | ) | DEPARTMENT OF CORRECTIONS AND |
| | ) | REHABILITATION'S MOTION TO QUASH |
| MATTHEW CATE, et al., | ) | PLAINTIFFS' SUBPOENA |
| | ) | (Document 168) |
| | ) | |
| Defendants. | ) | |

On September 1, 2011, Plaintiffs Ryan Couch and Kenneth Jimenez ("Plaintiffs") filed a request to seal their opposition to California Department of Corrections and Rehabilitations' Motion to Quash Plaintiffs' Subpoena and supporting documents. Plaintiffs indicate that these documents contain confidential information, including materials produced as "Confidential" pursuant to the Protective Order (Doc. 130) entered in this case.

Specifically, Plaintiffs seek leave to file under seal the following documents:

1. Pages 1-3 and 5-6 of Plaintiffs' Opposition to California Department of Corrections and Rehabilitation's Motion to Quash Subpoena.

2. Page 3 of Declaration of Ryan Couch in Support of Plaintiffs' Opposition to California Department of Corrections and Rehabilitation's Motion to Quash Subpoena.

3. Exhibits 1, 2 and 3 to the Declaration of Daniel A. Zlatnik.

Plaintiffs' request to seal is HEREBY GRANTED. *See* Local Rule 141. Consistent with this Order, Plaintiffs shall file **redacted** copies of (1) Plaintiffs' Opposition to California

1

1  Department of Corrections and Rehabilitation's Motion to Quash Subpoena; and (2) Declaration
2  of Ryan Couch in Support of Plaintiffs' Opposition to California Department of Corrections and
3  Rehabilitation's Motion to Quash Subpoena.
4      Plaintiffs also shall file the Declaration of Daniel A. Zlatnik **with redaction** of Exhibits
5  1, 2 and 3.  **These exhibits shall be filed separately under SEAL by the Clerk of the Court.**

7      IT IS SO ORDERED.
8      Dated:   **September 8, 2011**             **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE