# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYAN COUCH, et al., | ) | 1:08cv1621 LJO DLB |
| | ) | |
| | ) | |
| | ) | ORDER DENYING WITHOUT PREJUDICE |
| Plaintiff, | ) | CALIFORNIA DEPARTMENT OF |
| | ) | CORRECTIONS' REQUEST TO |
| v. | ) | SEAL OPPOSITION TO MOTION TO |
| | ) | COMPEL |
| MATTHEW CATE, et al., | ) | (Document 177) |
| | ) | |
| | ) | |
| Defendants. | ) | |

On September 9, 2011, Real Party In Interest California Department of Corrections and Rehabilitation ("CDCR") filed a request to seal its opposition to Plaintiff's motion to compel. The blanket request to seal the opposition does not comply with the requirements of Local Rule 141. Generally, only certain portions of briefing, declarations and/or exhibits should be sealed and the request to seal must identify these specific portions. The Court will not review the opposition to determine which portions are proper for sealing. CDCR must therefore identify the specific portions of the document, by page number and without reference to the content, sought to be sealed.

CDCR's request to seal is DENIED WITHOUT PREJUDICE. CDCR may file a renewed request that complies with Local Rule 141. The Court will not file any documents at this time.

IT IS SO ORDERED.

Dated:   **September 14, 2011**             **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1