IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RYAN COUCH and KENNETH JIMENEZ,**<br><br>Plaintiffs,<br><br>v.<br><br>**TOMMY WAN, KIMBERLI BONCORE, and RALPH DIAZ,**<br><br>Defendants. | Case No. 1:08-cv-01621-LJO-DLB<br><br>**ORDER GRANTING CALIFORNIA DEPARTMENT OF CORRECTIONS' REQUEST TO SEAL OPPOSITION TO MOTION TO COMPEL**<br><br>**Document 186** |

On September 14, 2011, California Department of Corrections and Rehabilitation filed a Request to Seal its opposition to Plaintiffs' Motion to Compel. CDCR indicates that this document contains confidential information, including reference to materials produced as "Confidential" pursuant to the Protective Order (Doc. 130) entered in this case.

CDCR seeks leave to file under seal the following document:

1. CDCR's Opposition to Plaintiff's Motion to Compel, specifically page 5, lines 3-24.

///

///

///

///

///

1  CDCR's request to seal is HEREBY GRANTED.  See Local Rule 141. Consistent with this
2  Order, CDCR shall file a redacted copy of (1) CDCR's Opposition to Plaintiff's Motion to
3  Compel.
4  **IT IS SO ORDERED.**

Dated:  September 15, 2011             /s/ Dennis L. Beck
                                       DENNIS L. BECK
                                       U.S. Magistrate Judge