1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   **RYAN COUCH and KENNETH JIMENEZ,**      Case No. 1:08-cv-01621-LJO-DLB
12
                                    Plaintiffs,    **ORDER GRANTING CALIFORNIA**
13                                                 **DEPARTMENT OF CORRECTIONS'**
            **v.**                                 **REQUEST TO SEAL OPPOSITION TO**
14                                                 **MOTION TO COMPEL**

15   **TOMMY WAN, KIMBERLI BONCORE,**              **Document 186**
     **and RALPH DIAZ,**
16
                                   Defendants.
17

18          On September 14, 2011, California Department of Corrections and Rehabilitation filed a

19   Request to Seal its opposition to Plaintiffs' Motion to Compel.  CDCR indicates that this

20   document contains confidential information, including reference to materials produced as

21   "Confidential" pursuant to the Protective Order (Doc. 130) entered in this case.

22          CDCR seeks leave to file under seal the following document:

23          1.     CDCR's Opposition to Plaintiff's Motion to Compel, specifically page 5, lines 3-24.

24   ///

25   ///

26   ///

27   ///

28   ///

                                              1

1      CDCR's request to seal is HEREBY GRANTED.  See Local Rule 141. Consistent with this

2  Order, CDCR shall file a redacted copy of (1) CDCR's Opposition to Plaintiff's Motion to

3  Compel.

4      **IT IS SO ORDERED.**

5

6  Dated:  September 15, 2011       /s/ Dennis L. Beck
                                   DENNIS L. BECK

7                                     U.S. Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28