1  BROOKS M. BEARD (CA Bar No. 181271)
   Email:  bbeard@mofo.com
2  DANIEL A. ZLATNIK (CA Bar No. 259690)
   Email:  dzlatnik@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
5  Facsimile:   (415) 268-7522

6  EDWARD J. CADEN (CA Bar No. 166922)
   Email:  Edward.Caden@Cadenlaw.org
7  LAW OFFICE OF EDWARD J. CADEN
   9245 Laguna Springs Drive, Suite 200
8  Elk Grove, California  95753
   Telephone:  (916) 729-3172
9  Facsimile:   (916) 673-2134

10 Attorneys for Plaintiffs RYAN COUCH and KENNETH JIMENEZ

11 KAMALA D. HARRIS
   Attorney General of California
12 SCOTT H. WYCKOFF
   Supervising Deputy Attorney General
13 State Bar No. 191367
   MARY HORST
14 Deputy Attorney General
   State Bar No. 163069
15   2550 Mariposa Mall, Room 5090
     Fresno, CA 93721
16   Telephone:  (559) 477-1672
     Fax:  (559) 445-5706
17   E-mail:  Mary.Horst@doj.ca.gov

18 Attorneys for Defendants WAN, BONCORE and DIAZ

19                    UNITED STATES DISTRICT COURT

20                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COUCH and KENNETH JIMENEZ, | Case No. 1:08-cv-01621-LJO-DLB |
| Plaintiffs, | **ORDER GRANTING JOINT REQUEST TO SEAL PORTIONS OF THE JOINT STATEMENT REGARDING DISCOVERY DISAGREEMENT** |
| v. | |
| TOMMY WAN, KIMBERLI BONCORE, and RALPH DIAZ, | |
| Defendants. | Hearing: September 23, 2011<br>Time:    9:00 a.m.<br>Dept:    9<br>Judge:   Dennis L. Beck |

1  It is hereby ordered that the pages 20 to 29 and 32 to 33 of Joint Request to Seal Joint
2  Motion Regarding Discovery Disagreement is GRANTED.

IT IS SO ORDERED.

Dated:  **September 19, 2011**    /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE