| | |
|---|---|
| 1 | BROOKS M. BEARD (CA Bar No. 181271) |
|   | Email:  bbeard@mofo.com |
| 2 | DANIEL A. ZLATNIK (CA Bar No. 259690) |
|   | Email: dzlatnik@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
|   | Telephone:  (415) 268-7000 |
| 5 | Facsimile:   (415) 268-7522 |

6  EDWARD J. CADEN (CA Bar No. 166922)
   Email:  Edward.Caden@Cadenlaw.org
7  LAW OFFICE OF EDWARD J. CADEN
   9245 Laguna Springs Drive, Suite 200
8  Elk Grove, California  95753
   Telephone:  (916) 729-3172
9  Facsimile:   (916) 673-2134

10  Attorneys for Plaintiffs RYAN COUCH and KENNETH JIMENEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COUCH and KENNETH JIMENEZ, | Case No. 1:08-cv-01621-LJO-DLB |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL EXHIBIT 2 THE DECLARATION OF DANIEL A. ZLATNIK** |
| v. | |
| TOMMY WAN, KIMBERLI BONCORE, and RALPH DIAZ, | |
| Defendants. | |
| | Hearing: September 23, 2011 |
| | Time:    9:00 a.m. |
| | Dept:    9 |
| | Judge:   Dennis L. Beck |

1     It is hereby ordered that Plaintiffs' Request to the Declaration of Daniel Zlatnik, Exhibit 2
2 of Plaintiffs' Motion to Compel is GRANTED.

4 IT IS SO ORDERED.

5    Dated: __**September 19, 2011**__         /s/ *Dennis L. Beck*
6                                                                UNITED STATES MAGISTRATE JUDGE