# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYAN COUCH, et al., | ) | 1:08cv1621 LJO DLB |
| | ) | |
| | ) | ORDER REGARDING DISCOVERY DISPUTE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW CATE, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On December 6, 2011, a discovery dispute hearing was held off the record and in chambers before the Honorable Dennis L. Beck, United States Magistrate Judge. Daniel Zlatnik appeared telephonically on behalf of Plaintiffs Ryan Couch and Kenneth Jimenez. William Littlewood appeared telephonically on behalf of Defendant Kimberli Boncore and Mary Horst appeared telephonically on behalf of non-party California Department of Corrections and Rehabilitation ("CDCR").

Prior to the hearing, the parties submitted informal letter briefs identifying the outstanding discovery issues to include the following: (1) CDCR's failure to provide electronic data or explain the status of its efforts: (2) CDCR's failure to produce specific documents; and (3) Defendant Boncore's failure to respond to Interrogatory No. 5.

As discussed at the hearing, the disputes regarding specific documents and/or audio recordings have been resolved or have been held over pending Plaintiffs' review of discovery

recently produced by CDCR. As to the remaining discovery disputes, the Court HEREBY ORDERS as follows:

    (1) CDCR shall produce the requested electronic data at issue on or before January 31, 2012; and

    (2) Defendant Kimberli Boncore shall provide a response to Interrogatory No. 5, as revised and limited at the hearing, on or before January 17, 2012.

IT IS SO ORDERED.

Dated:  **December 6, 2011**          /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE