BROOKS M. BEARD (CA Bar No. 181271)
Email:  bbeard@mofo.com
DANIEL A. ZLATNIK (CA Bar No. 259690)
Email:  dzlatnik@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522

EDWARD J. CADEN (CA Bar No. 166922)
Email:  Edward.Caden@Cadenlaw.org
LAW OFFICE OF EDWARD J. CADEN
9245 Laguna Springs Drive, Suite 200
Elk Grove, California  95753
Telephone:  (916) 729-3172
Facsimile:   (916) 673-2134

Attorneys for Plaintiffs RYAN COUCH and KENNETH JIMENEZ

KAMALA D. HARRIS
Attorney General of California
SCOTT WYCKOFF
Supervising Deputy Attorney General
MARY HORST (CA Bar No. 163069)
Deputy Attorney General
WILLIAM H. LITTLEWOOD
Deputy Attorney General
2550 Mariposa Mall, Room 5090
Fresno, CA  93721
Telephone: (559) 477-1672
Fax (559) 445-5106
E-mail:  William.Littlewood@doj.ca.gov

Attorneys for Defendants TOMMY WAN, KIMBERLI BONCORE, and RALPH DIAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COUCH and KENNETH JIMENEZ,<br><br>            Plaintiffs,<br><br>      v.<br><br>TOMMY WAN, KIMBERLI BONCORE, and RALPH DIAZ,<br><br>            Defendants. | Case No. 1:08-cv-01621-LJO-DLB<br><br>**JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>No Hearing Requested |

CASE NO. 1:08-CV-01621-LJO-DLB

sf-3113706

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, and for good cause shown below, Plaintiffs RYAN COUCH and KENNETH JIMENEZ and Defendants TOMMY WAN, KIMBERLI BONCORE, and RALPH DIAZ (collectively, the "Parties"), by and through their respective counsel of record, jointly request that the Court modify the current September 14, 2011 Scheduling Order (Docket No. 185) to allow the Parties sufficient additional time to conduct discovery.

The Parties hereby stipulate as follows:

1. On September 14, 2011, the Court granted the Parties' joint stipulation to modify the pending Scheduling Order for good cause shown and extended the deadlines in this case by five months. *See* September 14, 2011 Scheduling Order. Despite diligent efforts, the Parties cannot complete discovery within the time currently required under the September 14, 2011 Scheduling Order. The Parties therefore request that the Court modify the September 14, 2011 Scheduling Order to extend some of the deadlines in this case by approximately four additional months. The Parties provide additional background below to provide context for this request and to satisfy the required "good cause" showing.

2. Since the September 14, 2011 Scheduling Order, Plaintiffs have deposed five individuals: Inmate Rodney Dunn (on February 2, 2012); Inmate Mario Gonzalez (February 3, 2012); Sergeant Dan Goss (February 6, 2012); Sergeant Mike Ramirez (February 7, 2012); and Sergeant Steven Furlong (February 14, 2012). Plaintiffs have also noticed the deposition of Kathleen Allison, currently the Associate Director – Female Offenders, for February 23, 2012. Defendants are currently working with Plaintiff and their counsel for available dates for Plaintiffs depositions.

3. The Parties represent that their inability to meet the current discovery schedule was not reasonably foreseeable, because it is largely the result of the difficulties in obtaining discovery from the California Department of Corrections and Rehabilitation ("CDCR"), a non-party. Plaintiffs have diligently worked with CDCR on a variety of issues to complete the discovery process, but two issues in particular have been substantial roadblocks: (i) the production of electronic discovery; and (ii) scheduling of Rule 30(b)(6) designee depositions.

4. The first issue concerns Plaintiffs' efforts to obtain electronic discovery from CDCR. Since the issuance of the September 14, 2011 Scheduling Order, among other communications, Plaintiffs have:

- maintained regular communications with CDCR regarding the status of CDCR's efforts to produce electronic discovery and requested a date certain for when CDCR would complete that production;
- filed a letter brief on December 2, 2011, raising their concerns over the lack of electronic production, resulting in a Court order that CDCR complete its electronic production by January 31, 2012;
- after the Court set the January 31, 2012 deadline, continued to cooperate with counsel for CDCR, including discussing how Plaintiffs could move the electronic discovery process along and providing a modified and reduced search terms list for CDCR to use to locate electronic documents for production.

5. CDCR has not yet produced any electronic discovery. CDCR contends that the burden imposed in connection with a privilege review is too great because of the volume of documents at issue. Further, CDCR contends that the burdensome volume of documents was the result of an insufficiently narrow set of search terms provided by Plaintiffs.

6. On February 17, 2012, in an effort to reduce the burden on CDCR, the Parties agreed to an amendment to the Protective Order that would permit Defendants and CDCR to produce all electronic documents without waiving any privilege claim ("Mutual Claw-Back Provision").

7. Pursuant to the Parties' agreement to the Mutual Claw Back Provision, Defendants and CDCR have agreed to produce all electronic discovery by Friday, March 30, 2012.

8. The second issue concerns Plaintiffs' efforts to depose CDCR's Rule 30(b)(6) designees. Plaintiffs first noticed the CDCR 30(b)(6) deposition on December 1, 2011, for a January 5, 2012 date.

9. Plaintiffs have diligently communicated with CDCR regarding their need for

CDCR to designate witnesses and agree to particular dates.

10. After numerous rounds of meet and confer communications and calls, counsel for Defendants and CDCR provided available dates for most of the 30(b)(6) topics in the time period between late February to mid March 2012. Counsel for Defendants and CDCR are working to identify designees for the remaining 30(b)(6) topics.

11. In light of the outstanding electronic discovery production and CDCR 30(b)(6) depositions, the Parties cannot reasonably comply with several of the deadlines currently set in this case.

12. Accordingly, the Parties respectfully submit that there is good cause to extend some of the deadlines in this case (by approximately four months) as follows, with a trial date to be set at the Court's discretion (the Parties propose a date approximately three months following the last hearing on any pre-trial motion) and a pre-trial conference date approximately one month before the trial date:

| Event | Current Date | Requested Date |
| --- | --- | --- |
| Fact Discovery Cut-Off | March 9, 2012 | July 13, 2012 |
| Expert Discovery Cut-Off | June 15, 2012 | October 12, 2012 |
| Motions Relating to Fact Discovery | March 30, 2012 (or no later than 45 days prior to pre-trial conference date) | July 31, 2012 |
| Motions Relating to Expert Discovery | June 29, 2012 (or no later than 45 days prior to pre-trial conference date) | October 31, 2012 |
| Dispositive Pre-Trial Motion Papers and *Daubert* Motions | July 20, 2012 | November 16, 2012 |
| Motions in Limine | None currently set | 35 Days Prior to Pretrial Conference |
| Pretrial Conference Date | None currently set | ~ April 2013 |
| Jury Trial Date | None currently set | ~ May 2013 (10 day estimate) |

| | |
|---|---|
| Dated:  February 29, 2012 | Respectfully submitted, |
| | MORRISON & FOERSTER LLP<br>BROOKS M. BEARD<br>DANIEL A. ZLATNIK |
| | By:  /s/ *Brooks M. Beard*_____<br>     Brooks M. Beard |
| | LAW OFFICE OF EDWARD J. CADEN<br>EDWARD J. CADEN |
| | *Attorneys for Plaintiffs Ryan Couch and Kenneth Jimenez* |
| | OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA<br>KAMALA D. HARRIS<br>SCOTT WYCKOFF<br>MARY HORST<br>WILLIAM H. LITTLEWOOD |
| | By: /s/ *William H. Littlewood*___<br>     William H. Littlewood<br>*Attorneys for Defendants Tommy Wan, Kimberli Boncore, and Ralph Diaz* |

**IT IS SO ORDERED.**

The Scheduling Order in this action is amended as follows:

Discovery Deadlines:

    Non Expert: July 13, 2012

    Expert: October 12, 201

Non-Dispositive Motion Deadlines:

    Filing: July 31, 2012

    Hearing: September 7, 2012

Motions Related to Expert Discovery:

    Filing: October 31, 2012

    Hearing: November 30, 2012

Dispositive and *Daubert* Motions Deadlines:

    Filing: November 16, 2012

    Hearing: January 16, 2013

Pre-Trial Conference:

    April 9, 2013 at 8:30 a.m.

    Courtroom 4

Trial:  June 4, 2013 at 8:30 a.m.

    Courtroom 4  Jury Trial  10 days

IT IS SO ORDERED.

Dated: **March 5, 2012**        /s/ *Dennis L. Beck*
                                  UNITED STATES MAGISTRATE JUDGE