BROOKS M. BEARD (CA Bar No. 181271)
Email: bbeard@mofo.com
DANIEL A. ZLATNIK (CA Bar No. 259690)
Email: dzlatnik@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

EDWARD J. CADEN (CA Bar No. 166922)
Email: Edward.Caden@Cadenlaw.org
LAW OFFICE OF EDWARD J. CADEN
9245 Laguna Springs Drive, Suite 200
Elk Grove, California 95753
Telephone: (916) 729-3172
Facsimile: (916) 673-2134

Attorneys for Plaintiffs RYAN COUCH and KENNETH JIMENEZ

KAMALA D. HARRIS
Attorney General of California
SCOTT WYCKOFF
Supervising Deputy Attorney General
MARY HORST (CA Bar No. 163069)
Deputy Attorney General
WILLIAM H. LITTLEWOOD
Deputy Attorney General
2550 Mariposa Mall, Room 5090
Fresno, CA 93721
Telephone: (559) 477-1672
Fax (559) 445-5106
E-mail: William.Littlewood@doj.ca.gov

Attorneys for Third-Party CDCR and Defendants TOMMY WAN, KIMBERLI BONCORE, and RALPH DIAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COUCH and KENNETH JIMENEZ, <br><br>   Plaintiffs, <br><br>   v. <br><br> TOMMY WAN, KIMBERLI BONCORE, and RALPH DIAZ, <br><br>   Defendants. | Case No. 1:08-cv-01621-LJO-DLB <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CDCR PRODUCTION OF ELECTRONIC DISCOVERY** <br><br> No Hearing Requested |

Pursuant to the agreement made at the March 22, 2012 telephonic conference before the Court, Plaintiffs RYAN COUCH and KENNETH JIMENEZ, Defendants TOMMY WAN, KIMBERLI BONCORE, and RALPH DIAZ, and the CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHALIBITATION (collectively, the "Parties"), by and through their respective counsel of record, jointly request that the Court adopt the following stipulation with respect to CDCR's production of electronic discovery.

The Parties hereby stipulate as follows:

1. **By March 30, 2012**, CDCR shall provide Plaintiffs all electronic documents for the 2005-2008 period based on Plaintiffs' January 20, 2012 Revised List of Search Terms. Plaintiffs will review the electronic documents (*e.g.*, take a "quick peek"), and then identify a subset of responsive documents for CDCR's official production with Bates numbering.

2. **By April 13, 2012**, and except for documents identified as having an attorneys name via an electronic search, CDCR shall provide Plaintiffs all electronic documents for the post-2008 period based on Plaintiffs' January 20, 2012 Revised List of Search Terms. Plaintiffs will review the electronic documents (*e.g.*, take a "quick peek"), and then identify a subset of responsive documents for CDCR's official production with Bates numbering. CDCR will make a diligent and good faith effort to comply with the April 13, 2012 production deadline. CDCR will notify Plaintiffs' counsel as soon as possible should CDCR have good cause to believe it will not meet the April 13, 2012 production deadline.

3. Within ten (10) business days after Plaintiffs have completed their review of each subset of documents described above and submitted to CDCR a list of documents for production, Plaintiffs shall return to CDCR or destroy the electronic data.

4. The Parties agree to the following amendment to the Protective Order:

> Any person who, prior to official production of documents as signified by Bates numbers being applied to those documents, has reviewed or accessed another Party's raw electronic data that is ultimately deemed by agreement of the Parties or judicial determination to be non-responsive or irrelevant to the claims in this litigation shall be prohibited from using any such raw electronic discovery deemed non-responsive or irrelevant for any other purpose, including but not limited to further investigation, initiation of a separate lawsuit, representation in a separate lawsuit, or referral for

<s>Case 1:08-cv-01621-LJO -DLB   Document 227   Filed 03/29/12   Page 3 of 3

initiation of a separate lawsuit.  Before beginning review of the other Party's raw electronic data, the receiving Party shall first identify any person who will be reviewing the raw electronic data.

5. The Parties are filing along with this Joint Stipulation and Order a Third Amended Protective Order adding the new provision from Paragraph 4.

Dated:  March 23, 2012

Respectfully submitted,

MORRISON & FOERSTER LLP
BROOKS M. BEARD
DANIEL A. ZLATNIK

By:  /s/ Brooks M. Beard

LAW OFFICE OF EDWARD J. CADEN
EDWARD J. CADEN

*Attorneys for Plaintiffs Ryan Couch and Kenneth Jimenez*

OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA
KAMALA D. HARRIS
SCOTT WYCKOFF
MARY HORST

By: /s/ Mary Horst

*Attorneys for Third Party CDCR and Defendants Tommy Wan, Kimberli Boncore, and Ralph Diaz*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  March 27, 2012

By:   /s/ Dennis L. Beck
Dennis L. Beck
U.S. Magistrate Judge

CASE NO. 1:08-CV-01621-LJO-DLB
sf-3124005

2