1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  SCOTT H. WYCKOFF, State Bar No. 191367
   Supervising Deputy Attorney General
3  MICHELLE K. LITTLEWOOD, State Bar No. 202846
   Deputy Attorney General
4   2550 Mariposa Mall, Room 5090
    Fresno, CA  93721
5   Telephone:  (559) 477-1680
    Fax:  (559) 445-5106
6   E-mail:  Michelle.Littlewood@doj.ca.gov
   *Attorneys for Defendants Wan, Boncore, and Diaz*
7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  **RYAN COUCH and KENNETH JIMENEZ,**   |   1:08-cv-01621-LJO-DLB

                                 Plaintiffs,   |   **ORDER ON**
13                                              |   **DEFENDANTS' REQUEST TO FILE**
                                                |   **EXHIBITS IN SUPPORT OF MOTION**
14            v.                                |   **FOR SUMMARY JUDGMENT/**
                                                |   **ADJUDICATION UNDER SEAL**
15  **TOMMY WAN, KIMBERLI BONCORE,**
    **and RALPH DIAZ,**
16
                                 Defendants.
17

18
     Defendants' request to file the Exhibits in Support of Motion for Summary
19
    Judgment/Adjudication under seal is GRANTED.
20

21

22  IT IS SO ORDERED.

23     Dated:   **November 20, 2012**             /s/ Lawrence J. O'Neill
24                                               UNITED STATES DISTRICT JUDGE

25

26

27

28
                                            1