KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SCOTT H. WYCKOFF, State Bar No. 191367
Supervising Deputy Attorney General
MICHELLE K. LITTLEWOOD, State Bar No. 202846
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone:  (559) 477-1680
 Fax:  (559) 445-5106
 E-mail:  Michelle.Littlewood@doj.ca.gov
*Attorneys for Defendants Wan, Boncore, and Diaz*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RYAN COUCH and KENNETH JIMENEZ,**<br><br>Plaintiffs,<br><br>v.<br><br>**TOMMY WAN, KIMBERLI BONCORE, and RALPH DIAZ,**<br><br>Defendants. | 1:08-cv-01621-LJO-DLB<br><br>**ORDER ON DEFENDANTS' REQUEST TO FILE EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT/ ADJUDICATION UNDER SEAL** |

Defendants' request to file the Exhibits in Support of Motion for Summary Judgment/Adjudication under seal is GRANTED.

IT IS SO ORDERED.

   Dated:   **November 20, 2012**          /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE