1  BROOKS M. BEARD (CA Bar No. 181271)
   Email:  bbeard@mofo.com
2  DANIEL A. ZLATNIK (CA Bar No. 259690)
   Email: dzlatnik@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
5  Facsimile:   (415) 268-7522

6  EDWARD J. CADEN (CA Bar No. 166922)
   Email:  Edward.Caden@Cadenlaw.org
7  LAW OFFICE OF EDWARD J. CADEN
   9245 Laguna Springs Drive, Suite 200
8  Elk Grove, California  95753
   Telephone:  (916) 729-3172
9  Facsimile:   (916) 673-2134

10 Attorneys for Plaintiffs RYAN COUCH and KENNETH
   JIMENEZ
11

12
                     UNITED STATES DISTRICT COURT
13
                     EASTERN DISTRICT OF CALIFORNIA
14

15

16  RYAN COUCH and KENNETH JIMENEZ,        Case No. 1:08-CV-01621-LJO-DLB

17               Plaintiff,                **JOINT STIPULATION AND
                                           ORDER TO CONTINUE
            v.                             HEARING DATE**
18
    TOMMY WAN, KIMBERLI BONCORE, and       *COURT REVISED ORDER*
19  RALPH DIAZ,                            Judge: Hon. Lawrence J. O'Neill

20               Defendants.

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
CASE NO. 1:08-CV-01621-LJO-DLB
sf-3227532

Pursuant to Local Rules 143 and 230(f), Plaintiffs Ryan Couch and Kenneth Jimenez (collectively, "Plaintiffs") and Defendants Tommy Wan, Kimberli Boncore, and Ralph Diaz (collectively, "Defendants," and together with Plaintiffs, "the Parties"), by and through their respective undersigned counsel, hereby stipulate and jointly request that the Court continue the December 27, 2012 hearing on Defendants' Motion for Summary Judgment and/or Summary Adjudication ("Motion," *see* Dkt. No. 242) as follows:

WHEREAS, on November 20, 2012 Defendants filed their Notice of Motion for Summary Judgment and/or Summary Adjudication and supporting papers; and

WHEREAS, the Parties have been discussing settlement; and

WHEREAS, as a matter of judicial economy, the Parties agree that moving the hearing date for Defendants' Motion to January 11, 2013 (thereby moving the date for Plaintiffs' opposition to December 28, 2012 pursuant to Local Rule 230(c)) will afford the parties time to further pursue settlement discussions.

THEREFORE, the Parties hereby stipulate and agree and request that the Court continue the date for the hearing on Defendants' Motion to **January 11, 2013**.

Dated: December 10, 2012        MORRISON & FOERSTER LLP
                                BROOKS M. BEARD
                                DANIEL A. ZLATNIK

                                By:     /s/ Daniel A. Zlatnik
                                           Daniel A. Zlatnik

                                Attorneys for Plaintiffs RYAN COUCH and
                                KENNETH JIMENEZ

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  December 10, 2012 | EDWARD J. CADEN<br>LAW OFFICE OF EDWARD J. CADEN |
| 3 | | |
| 4 | | By:   */s/ Edward J. Caden (as authorized on December 10, 2012)* |
| 5 | | Edward J. Caden |
| 6 | | Attorney for Plaintiffs RYAN COUCH and KENNETH JIMENEZ |
| 7 | | |
| 8 | Dated:  December 10, 2012 | KAMALA D. HARRIS.<br>Attorney General of the State of California |
| 9 | | SCOTT H. WYCKOFF<br>Supervising Deputy Attorney General |
| 10 | | MARY HORST<br>Deputy Attorney General |
| 11 | | |
| 12 | | By:   */s/ Mary Horst (as authorized on December 10, 2012)* |
| 13 | | Scott H. Wyckoff |
| 14 | | Attorneys for Defendants TOMMY WAN, KIMBERLI BONCORE, AND RALPH DIAZ |

**ORDER**

Based on the parties' stipulation and this Court's docket, this Court:

1. VACATES the December 27, 2012 hearing on defendants' summary judgment motion;

2. ORDERS plaintiffs, no later than January 4, 2013, to file and serve summary judgment opposition papers, if this action does not settle;

3. ORDERS defendants, no later than January 11, 2013, to file and serve summary judgment reply papers, if this action does not settle; and

4. ORDERS counsel to file papers to notify this Court of settlement as soon as settlement is confirmed.

If necessary, this Court will consider defendants' summary judgment motion on the record without a hearing.

IT IS SO ORDERED.

Dated:  **December 11, 2012**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE