UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COUCH, et al., | CASE NO. CV F 08-1621 LJO DLB |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| vs. | (Doc. 253.) |
| TOMMY WAN, et al., | |
| Defendants. | |

Plaintiffs' counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than February 15, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the April 9, 2013 pretrial conference and June 4, 2013 trial. This Court suspends all briefing on the pending summary judgment motion and will take no further action on the summary judgment motion, unless this Court orders otherwise.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated: **January 3, 2013**                    /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE